## THE STATE V. SMITH.
(Decided April 20, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

ALEXANDER M. GARBER, Attorney General, for the State. B. M. ALLEN, for appellee.

Per curiam. Affirmed on certificate.